JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MEDINA LOPEZ, JR., <br><br> Petitioner, <br> vs. <br> J. TIM OCHOA, Warden, <br><br> Respondent. | Case No. SACV 12-1900-SVW (DTB) <br><br> **J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 28, 2015

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE